UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Hoyt Douglas

(Enter above the full name of
plaintiff in this action)

v.

Portfolio Recovery Associates, LLC

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:21 cv 1411
(to be supplied by Clerk
of the District Court)

Judge Schwab

FILED
SCRANTON

AUG 1 2 2021

PER _____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff  Hoyt Douglas  a citizen of the County of  Monroe  State of Pennsylvania, residing at  1618 Sun Valley Drive - Blakeslee, PA 18610  wishes to file a complaint under  375 - False Claims Act
(give Title No. etc.)

2. The defendant is  Portfolio Recovery Associates, LLC  PO Box 12914 Norfolk, VA 23541

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary)  I have never

3. (CONTINUED) obtained or applied for a Sears Charge plus card; the original creditor was Citibank N.A., I do not owe any monies to the above mentioned company.

4. WHEREFORE, plaintiff prays that these allegations are dismissed or dissolved where no other unknown company can send out letter's in reference to something that I have no knowledge of.

(Signature of Plaintiff)