AMENDMENT COMPLAINT

Douglas v. Portfolio Recovery Associates, LLC
CASE # 3:21-CV-1411-SEC

FILED
SCRANTON

AUG 16 2021

PER _____
DEPUTY CLERK

Adding Additional Party:
Convergent
Convergent Outsourcing Inc.
800 SW 39th Str.
Suite #100 / PO Box 9021
Renton, WA 98057-9021

UNKNOWN CREDITOR: LVNV Funding LLC

* SEE ATTACHMENT

ATERSO01
PO Box 1280
Oaks, PA 19456-1280
CHANGE SERVICE REQUESTED

# Convergent
Convergent Outsourcing, Inc.
800 SW 39th St., Suite #100/PO Box 9021
Renton, WA 98057-9021
Mon-Thu 8AM-8PM, Fri 8AM-5PM CST
833-302-1210

Date: 07/10/2021
Current Creditor: LVNV Funding LLC
Client Account #: XXXXX2889
Convergent Account #: S-70000720
Original Creditor: Citibank (South Dakota), N.A.
Original Account Number: XXXXXXXXXXXX4591
Reduced Balance Amount: $ 902.72

Total Amount Owed:        $2,579.19

Hoyt Douglas
1618 Sun Valley Dr
Blakeslee PA 18610-2125

## Reduced Balance Opportunity

Dear Hoyt Douglas:

If you have the ability, we can accept 35% of your total amount owed to satisfy your account in full. The amount of $ 902.72 must be received in our office by an agreed upon date. If you are interested in taking advantage of this opportunity call our office within 30 days of this letter. We are not obligated to renew this offer.

Even if you are unable to take advantage of this opportunity, please contact our office to see what terms can be worked out on your account.

The law limits how long you can be sued on a debt. Because of the age of your debt, LVNV Funding LLC cannot sue you for it, and LVNV Funding LLC cannot report it to any credit reporting agency.

In many circumstances, you can renew the debt and start the time period for the filing of a lawsuit against you if you take specific actions such as making certain payments on the debt or making a written promise to pay. You should determine the effect of any actions you take with respect to this debt.

Sincerely,
Convergent Outsourcing, Inc. 833-302-1210

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.**

Questions about Convergent visit http://convergenthelp.com/

### 3 CONVENIENT WAYS TO PAY:

Pay Online: Pay your bill online with your credit/debit card or checking account at www.payconvergent.com 

Pay by Phone: We offer check by phone and credit/debit card. 833-302-1210.

Pay by Mail: Send payments to Convergent Outsourcing, Inc., PO Box 9021, Renton, WA 98057-9021.

PLEASE DETACH THE BOTTOM PORTION WITH YOUR PAYMENT. BEFORE MAILING, PLEASE ENSURE RETURN ADDRESS ⬇⬇ REVERSE SIDE APPEARS CORRECTLY THROUGH THE WINDOW OF THE REPLY ENVELOPE. ⬇⬇

68386921
846ATERSO01S35D

Convergent Phone #: 833-302-1210
Date: 07/10/2021
Current Creditor: LVNV Funding LLC
Client Account #: XXXXX2889
Convergent Account #: S-70000720
Reduced Balance Amount: $ 902.72

Total Amount Owed: $2,579.19
Amount Enclosed: US _____

**New Address:**
Address: _____
City: _____ ST _____ Zip: _____
Daytime Phone: (_____) _____-_____
Evening Phone: (_____) _____-_____

Questions about Convergent visit http://convergenthelp.com/

Convergent Outsourcing, Inc.
PO Box 9021
Renton WA 98057-9021

8400700007200000257919000902720

Case 3:21-cv-01411-MEM   Document 6   Filed 08/16/21   Page 3 of 3

**Notice about Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. Also, you authorize us to represent a check as an electronic fund transfer from your account if your payment is returned unpaid.